IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 19 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| JOHN TRACY JOSEY, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | 2:04-CV-0335 |
| § | |
| BRYAN COLLIER, Director, § | |
| Texas Department of Criminal § | |
| Justice, Paroles Division, § | |
| § | |
| Respondent. § | |

## ORDER OVERRULING OBJECTIONS,
## ADOPTING REPORT AND RECOMMENDATION,
## and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came this day for consideration the federal habeas corpus application filed by petitioner JOHN TRACY JOSEY, a state prisoner. On September 2, 2005, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be dismissed. Petitioner filed objections to the Magistrate Judge's Report and Recommendation on September 16, 2005.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are hereby OVERRULED, and the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus is hereby DISMISSED. Let Judgment be entered accordingly.

IT IS SO ORDERED.

ENTERED this ___19th___ day of ___September___ 2005.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE